# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MEZA and STEVE MEZA, Individually and on Behalf of All Others Similarly Situated, Plaintiffs, <br><br> v. <br><br> SIRIUS XM RADIO INC., Defendant. | ) Case No. 17-CV-02252-AJB-JMA <br> ) <br> ) **ORDER TO DISMISS WITH** <br> ) **PREJUDICE AS TO PLAINTIFFS** <br> ) **AND WITHOUT PREJUDICE AS** <br> ) **TO CLASS CLAIMS.** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice as to the named Plaintiffs, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party will bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: June 7, 2021

_____

Hon. Anthony J. Battaglia
United States District Judge